v.

**The STATE of Texas, Appellee.**

No. 27965.

Court of Criminal Appeals of Texas.

Jan. 25, 1956.

**Hazel KENNEDY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27941.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

R. L. Wade and D. N. McMahan, Dallas, for appellant.

Henry Wade, Criminal Dist. Atty., Charles S. Potts, Asst. Criminal Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is misdemeanor theft; the punishment, thirty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.